

**SHARIFOV & ASSOCIATES, PLLC.**
Attorneys and Counselors at Law

50 MAIN STREET
HEMPSTEAD, NEW YORK 11550
TEL: (516) 505-2300
FAX (516) 505-2379

Writer's Email: Victor.shulov@LawfirmSR.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/1/2021
```

February 26, 2021

<u>Via ECF</u>
The Honorable Alison J. Nathan
United States District Court Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  <u>United States v. Uladzimir Danskoi et. al.</u>
     Case No #: 21-cr-92

Dear Judge Nathan,

I write with the consent of the Government to request a two-week extension for Mr. Uladzimir Danskoi to identify two additional co-signors for his personal recognizance bond. This is our first request for extension.

Mr. Danskoi was released into home detention with GPS monitoring on a personal recognizance bond in the amount of $300,000 on February 22, 2021. The Court ordered Mr. Danskoi to identify two additional cosigners for his bond until February 26, 2021. Both cosigners must be interviewed and approved by the Government prior to Mr. Danskoi's release.

In support of this request, we note that Mr. Danskoi has previously identified two co-signors both of whom were interviewed and approved by the Government. Mr. Danskoi has had difficulty identifying two additional co-signors acceptable to the Government. Only a short period of time has passed since his release due to his home detention, inability to travel, and the ongoing Covid-19 pandemic. Nevertheless, Mr. Danskoi believes he can identify two additional co-signors given the extension of time until March 12, 2021. Additionally, Mr. Danskoi has surrendered his passport to the Government and is complying with all other terms of his pretrial release.

SO ORDERED.

*[signature]*
SO ORDERED.    3/1/2021
ALISON J. NATHAN, U.S.D.J.

Respectfully Submitted,

*[signature]*
Victor Shulov, Esq.

1

Sharifov & Associates, PLLC
*Attorneys for the Defendant Uladzimir Danskoi*

Cc:     All Parties by ECF