USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8|4; 14243

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Uladzimir Danskoi,

Defendant.

21-cr-92 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The letter motions of Rovshan Sharifov and Victor Shulov (Dkt Nos. 75, 77) to withdraw as counsel for Mr. Danskoi are GRANTED. Tony Mirvis will represent Mr. Danskoi going forward.

SO ORDERED.

Dated: June 28, 2021
   New York, New York

_____
ALISON J. NATHAN
United States District Judge