THE MIRVIS LAW FIRM, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:   7/19/2021

July 19, 2021

VIA ELCTRONIC FILING
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                        Re:   **US v. Mosha, et al**
                              **21-CR-92 (AJN)**

Dear Judge Nathan:

        On behalf of Mr. Danskoi, I respectfully submit this Application to modify
Mr. Danskoi's conditions of pretrial release.

        Mr. Danskoi was arrested on February 18, 2021, and was released on February
22, 2021, pursuant to an agreed upon bail package which required a $300,000 bond
signed by four suretors, home incarceration with GPS monitoring and pretrial
supervision as directed by pretrial services with travel restricted to SDNY and
EDNY. Mr. Danskoi has been fully compliant with all of his pretrial release
conditions.

                                                                SO ORDERED.

        Mr. Danskoi respectfull  re uests that his  retrial release conditions be
modified from home incarceration to a 9 pm curfew with GPS monitoring. This
request is necessary because Mr. Danskoi is suffering from several debilitating
physical ailments that have gotten steadily v
unable to exercise while he has been on home

        Attached, please find 2 letters fr
Khanukayev wrote that Mr. Danskoi suffe
inflammatory arthropathy. While Dr. Khan
injections and Enbrel injections, they alone are
writes that Mr. Danskoi needs to do physical

SO ORDERED.     7/19/2021
ALISON J. NATHAN, U.S.D.J.

massages to his troubled areas, swimming, exercise therapy and last but not least
long walks outside are required in order to prevent further disability.

 **THE MIRVIS LAW FIRM, P.C.**

Dr. Muradov wrote that she is treating Mr. Danskoi for a foot problem and that he suffers from osteoarthritis, bursitis, and HAV. Dr. Muradov further writes that Mr. Danskoi would benefit from Range of Motion exercises, hydrotherapy and swimming.

Mr. Danskoi's current release conditions make it impossible for him to obtain the prescribed/recommended treatments for his various medical conditions. It is my understanding that the conditions are getting worse and if Mr. Danskoi continues without engaging in the various prescribed/recommended treatments, he will get much worse.

Pretrial services does not object to this Application. AUSA Felton, likewise does not object to this Application,

Mr. Danskoi and I thank the Court for its consideration of this Application.

Sincerely,

/s/ Tony Mirvis
By:   Tony Mirvis, Esq.
       Attorney for Uladzimir Danskoi