UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ULADZIMIR DANSKOI and<br>JULIA GREENBERG,<br>                       Defendants. | 21-CR-92 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

On consent of the parties (*see* ECF No. 199), any post-verdict motions by Defendants Danskoi and Greenberg shall be filed by February 1, 2023, with the government's opposition due March 1, 2023, and replies due March 8, 2023.

SO ORDERED.

Dated: January 4, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge