

**THE MIRVIS LAW FIRM, P.C.**

February 15, 2023

**VIA ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

          Re:    US v. Danskoi
                 21-CR-00092-JPO-2

Honorable Judge Oetken:

      On behalf of Mr. Danskoi, I respectfully submit this Application to extend the filing deadline for Mr. Danskoi's Post-Trial Motions for nine (9) days and set the filing deadline to February 24, 2023, and to adjourn all filing deadlines by nine days.

      Mr. Danskoi's Post-Trial Motion is currently due on February 15, 2023, Government's opposition is due March 15, 2023, and Defense replies are due March 22, 2023. Mr. Danskoi respectfully requests his filing deadline be extended to February 24, 2023, Government's opposition due on March 24, 2023, and Defense replies due on March 31, 2023. This request is necessary because I need more time to prepare and file an appropriate motion on behalf of Mr. Danskoi.

      The Government consents to the proposed schedule above, extending the deadline to file all Post-Trial Motions/briefings by nine (9) days. Further, the Government requests, if the Court grants this Application, that the Court grant the Application for all parties so the Government can file a single response to both defendant's Post-Trial Motions on the same date.

      Mr. Danskoi and I thank the Court for its consideration of this Application.

> Granted. The schedule for the filing of the post-trial motions proposed herein is adopted as to both defendants Uladzimir Danskoi and Julia Greenberg.
> So ordered: 2/16/2023

Respectfully Submitted,

/s/ Tony Mirvis
By:  Tony Mirvis, Esq.
*Attorney for Uladzimir Danskoi*

*[Signature]*
J. PAUL OETKEN
United States District Judge

3D FLOOR, BROOKLYN, NY 11235
PHONE: 718.934.4141 · FAX: 718.228.8408
MIRVIS.TONY@GMAIL.COM