# LAW OFFICES OF BEAU B BRINDLEY

*Attorneys and Counselors at Law*

THE MONADNOCK BUILDING
53 WEST JACKSON BOULEVARD · SUITE 1410
CHICAGO, ILLINOIS (IL) 60604
312.765.8878 · FAX 312-276-8040

March 29, 2023

**VIA ELCTRONIC FILING**
Honorable Paul J. Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: US v. Mosha, et al. 21 Cr. 92 (AJN)

Honorable Judge Oetken:

Counsel for Julia Greenberg respectfully submits this request to extend the filing deadline for Ms. Greenberg's Post-Trial Reply for fourteen (14) days and set the filing deadline to April 14, 2023.

Ms. Greenberg's Post-Trial Reply is currently due on March 31, 2023. Ms. Greenberg respectfully requests her filing deadline be extended to April 14, 2024. This request is necessary, because counsel for Ms. Greenberg needs more time to prepare and file an appropriate reply to the Government's response in opposition, which it filed on March, 24, 2023.

The Government, through Assistant US Attorney Jonathan Rebold, has no objection to this request.

Thank you for your time and attention in this matter.

> Extention granted as to both defendants Julia Greenberg and Uladzimir Danskoi.
> So ordered.
> 3/30/2023

Respectfully Submitted,

By:  /s/ Beau B. Brindley
Beau B. Brindley
Attorney for Julia Greenberg

_____
J. PAUL OETKEN
United States District Judge