

| | |
|---|---|
| | Telephone  1.718.766.5153 |
| | Facsimile  1.718.504.3599 |
| | Email     sharova@sharovalaw.com |

YELENA SHAROVA ESQ. *+
SASSY DUMORNAY ESQ.*
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
THOMAS TYRRELL JR ESQ. *
BRUCE PROVDA (1947-2022)
*NY +NJ

PARALEGALS:
FRANKLIN DAVIS JR
VICTORIA FEDARAVA
ALVIN KORSUNSKIY
JOSEPH MARRERA
CELINA QUEVEDO
MABEL SANTANA
GRIGORIY SHUBA
HANNA SKARULIS

April 11th, 2023
<u>VIA ELCTRONIC FILING</u>
Honorable Paul J. Oetken
Judge of the United States District Court for
The Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Paul J.Oetksn,

Counsel for Julia Greenberg respectfully submits this letter to adjourn the sentencing date for April 27, 2023 for all Defendants. The reason for this request is Defendants' Post verdict motions have not yet been fully submitted and have not been decided.

The government, through Assistant US Attorney David Felton, consents to this request. CO-Defendant Danskoi's Counsel Tony Mirvis, consents and joins in on this application. Based on the schedule of all parties, counsel is requesting an adjournment after the Post-verdict motion have been decided. Additionally, we request that all dates in relation to sentencing memorandums be extended as well.

Thank you for your time and attention in this matter.

> Granted. The sentencing hearings and sentencing submission dates as to defendants Julia Greenberg and Uladzimir Danskoi are hereby adjourned sine die.
>   So ordered.
>    4/12/2023

Respectfully Submitted,

Charles Kaser
Attorney for the Defendant

By: /s/ *Charles Kaser*

_____
J. PAUL OETKEN
United States District Judge