The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
Staten Island, New York 10176
Tel. 212-286-0173
Fax 212-286-0495

November 9, 2023

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:  United States v. Uladzimir Danskoi
          Cr. Docket No. 21-92 (JPO)

Dear Judge Oetken:

    I represent Mr. Danskoi in the above-referenced matter. Approximately six weeks ago, on September 28, he was sentenced to a term of imprisonment of 10 months, a term of supervised release, a $5,000 fine and a $100 special assessment. He has since paid the monetary penalties. The surrender date is November 13, 2023. We were informed just this morning that he has been designated to serve his term at FCI Allenwood.

    I write to request that the surrender date be postponed for one month. Mr. Danskoi has been unable to meet with an immigration attorney, which he very much needs to do in order to have a chance to remain in the United States with his wife and (adult) son. He has informed me that he has reached out to several Russian speaking immigration attorneys and when he provides his last name, they promptly refuse to provide their services (apparently the instant matter carries significant notoriety in the local Russian-speaking communities). He was hoping to avoid the costs of providing translation services at meetings with non-Russian-speaking immigration attorneys but he is now constrained to expand his search for an immigration attorney and needs more time to do so.

    The government opposes this request.

Granted. Defendant's surrender date is hereby adjourned to December 13, 2023.
11/9/2023

Respectfully submitted,

James M. Branden

J. PAUL OETKEN
United States District Judge