> Granted.
> Pretrial Services is hereby directed to release custody of Mr. Danskoi's Belarus passport and return it to him or his son, Pavel Danskoi.
>   So ordered.
>   1/25/2024
>
> J. PAUL OETKEN
> United States District Judge

The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
Staten Island, New York 10176
Tel. 212-286-0173
Fax 212-286-0495

January 10, 2024

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Uladzimir Danskoi
Cr. Docket No. 21-92 (JPO)

Dear Judge Oetken:

I represented Mr. Danskoi in the above-referenced matter. Mr. Danskoi was sentenced last year to, *inter alia*, 10 months' imprisonment; he is presently serving that term.

Mr. Danskoi's Belarus passport, which expired during the pendency of the case, is presently in the possession of Pretrial Services. Prior to his surrender, Mr. Danskoi requested that his Pretrial Services Officer Dennis Khilkevich return the passport to him. Since his surrender, Mr. Danskoi's son, Pavel, who lives at his father's residence in Staten Island, has also made requests for the return of the passport. It is the position of Pretrial Services that it will not return the passport to Mr. Danskoi or his son without a court order.

Mr. Danskoi believes he will need his passport in efforts to oppose any efforts at removal based on the offense of conviction. He is also concerned that late last year Lukashenka's regime passed a new law prohibiting overseas passport services, requiring Belarusian's to risk returning to Belarus and reprisals for escaping the tyranny at home. While it is unclear exactly how this new law affects him, Mr. Danskoi believes it prudent that he be in possession of his passport given this alarming development.

The government does not object to this request. Pretrial Services does not object, it simply needs an order from the Court to comply.

For the foregoing reasons, Mr. Danskoi requests that the Court order Pretrial Services to return the passport to Mr. Danskoi or his son, Pavel.

Respectfully submitted,

James M. Branden

cc: USPSO Dennis Khilkevich, by email
dennis_khilkevich@nyspt.uscourts.gov