UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -v-                                             21-CR-92-2 (JPO)

ULADZIMIR DANSKOI,                         ORDER
                             Defendant.

---

J. PAUL OETKEN, District Judge:

      Defendant Uladzimir Danskoi has moved for early termination of his two-year term of supervised release.  (*See* ECF No. 326.)

      A court may "terminate a term of supervised release and discharge the defendant . . . at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."  18 USC § 3583(e)(1).  In making this determination, a court must consider the factors set forth in 18 U.S.C. § 3553(a) to the extent they are applicable.  *Id.* § 3583(e).

      Having carefully considered the record, the Defendant's submission, and the Section 3553(a) factors, the Court concludes that termination of supervised release is warranted by Danskoi's conduct and is in the interest of justice.  Danskoi has completed over one year of his two-year term of probation.  He has paid all financial penalties and has fully complied with the terms of his supervised release.  He is presently being supervised in the low-intensity program of the Probation Department due to his compliance.  He has also maintained employment.
In light of his conduct, the Court concludes that being subject to the terms and conditions of supervised release for an additional period is not necessary to serve the purposes set forth in Section 3553(a), including the need to afford adequate deterrence and to protect the public.

Accordingly, Defendant Danskoi's motion for early termination of supervised release is granted and he is hereby discharged.

The Clerk of Court is directed to terminate the motion at ECF Nos. 326.

SO ORDERED.

Dated: September 5, 2025
      New York, New York

_____
J. PAUL OETKEN
United States District Judge